ORIGINAL

1 | **TORRES_E.ter**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

MAR 10 2006 ᑫᑭ

**MARY L.M. MORAN**
**CLERK OF COURT**

8

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00080 |
| 12 | Plaintiff, ) | |
| 13 | vs. ) | **MOTION TO TERMINATE** |
| 14 | ) | **WRIT OF CONTINUING** |
| | EVANGELINE M. TORRES, ) | **GARNISHMENT** |
| 15 | ) | |
| 16 | Defendant, ) | |
| 17 | ADVANCE MANAGEMENT INC., ) | |
| 18 | Garnishee. ) | |

19

20

21      On or about July 8, 2005, a Writ of Continuing Garnishment directed to Garnishee was

22 duly issued and served upon the Garnishee. On March 6, 2006, our office confirmed with the

23 //

24 //

25 //

26 //

27 //

28 //

garnishee that defendant is no longer employed with them as of December 9, 2005. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant EVANGELINE M. TORRES.

DATED this ___8th___ day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney