ORIGINAL

TORRES_E.pet

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM

AUG - 9 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EVANGELINE M. TORRES, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 02-00080 <br><br> PETITION TO TRANSFER PAYMENTS FROM THE RESTITUTION FUND TO THE PENALTY FUND (DEPOSIT FUND 109900) |

PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order transferring from the Restitution Fund to the Penalty Fund (fund 109900) in the above entitled action and in support hereof, states as follows:

1. On or about May 16, 2003, sentence was imposed by this Court against Defendant EVANGELINE M. TORRES (hereinafter referred to as "Defendant TORRES"). Among other things, restitution in the amount of $5,001.00 was ordered. See Attachment "A."

//
//
//
//

2. Defendant TORRES made restitution payments totaling $5,214.42 all of which were deposited in the Restitution Fund. See Attachment "B."

3. Interest accrued at the legal rate of 1.13% and a total of $143.42 had accrued on Defendant TORRES's court ordered restitution.

4. A total of $70.00 in penalties was assessed against Defendant TORRES.

5. Plaintiff respectfully requests that the amount of $70.00 paid by Defendant TORRES and deposited in the Restitution Fund be transferred to the penalty fund (Deposit Fund 109900).

DATED this __8th__ day of __August__, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of     GUAM

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| EVANGELINE M. TORRES | Case Number: CR-02-00080-001 |
| | JOHN T. GORMAN, Assistant Federal Public Defender |
| | Defendant's Attorney |

## THE DEFENDANT:

X pleaded guilty to count(s)    II

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

FILED
DISTRICT COURT OF GUAM
MAY -- 2003
MARY L. M. MORAN
CLERK OF COURT

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §1014 | FALSE STATEMENT IN A LOAN APPLICATION | 06/13/2002 | II |

The defendant is sentenced as provided in pages 2 through    6    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: ▬▬0179

Defendant's Date of Birth: 04/23/1961

Defendant's USM No.: 02321-093

Defendant's Residence Address:
▬▬▬▬▬▬▬
▬▬▬▬▬▬▬
TUMON, GUAM 96913

Defendant's Mailing Address:
▬▬▬▬▬
JMF, BARRIGADA, GUAM 96921

MAY 16, 2003
Date of Imposition of Judgment

/s/ signature
Signature of Judicial Officer

JOHN S. UNPINGCO, U.S. DISTRICT COURT JUDGE
Name and Title of Judicial Officer

MAY 21 2003
Date

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 1A

AO 245B (Rev. 3/01) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: TORRES, EVANGELINE M.
CASE NUMBER: CR-02-00080

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of __3 WEEKS__.

THE DEFENDANT SHALL PARTICIPATE IN AN INMATE FINANCIAL RESPONSIBILITY PROGRAM, AND IN VOCATIONAL PROGRAMS, MENTAL HEALTH TREATMENT, AND DRUG TREATMENT PROGRAMS APPROVED BY THE BUREAU OF PRISONS.

☐ The court makes the following recommendations to the Bureau of Prisons:

The defendant is remanded to the custody of the United States Marshal.

X The defendant shall surrender to the United States Marshal for this district:

    at __12:00 noon__ ☐ a.m. ☐ p.m. on __MONDAY, MAY 19, 2003__.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: TORRES, EVANGELINE M.
CASE NUMBER: CR-02-00080

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term   5 YEARS

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

X   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: TORRES, EVANGELINE M.
CASE NUMBER: CR-02-00080

## ADDITIONAL SUPERVISED RELEASE TERMS

1. DEFENDANT SHALL OBEY ALL FEDERAL, STATE AND LOCAL LAWS.

2. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

3. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. PROBATION OFFICE.

4. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES AND SHALL SUBMIT TO ONE URINALYSIS TEST WITHIN 15 DAYS AFTER RELEASE FROM IMPRISONMENT AND TO TWO MORE URINALYSIS THEREAFTER.

5. DEFENDANT SHALL REFRAIN FROM THE USE OF ANY AND ALL ALCOHOLIC BEVERAGES.

6. DEFENDANT SHALL UNDERGO A SUBSTANCE ABUSE ASSESSMENT APPROVED BY THE U.S. PROBATION OFFICE, AND SHALL SUBMIT TO ANY RECOMMENDED TREATMENT AS A RESULT OF THAT ASSESSMENT. IF THE DEFENDANT NEEDS TREATMENT FOR NARCOTIC ADDICTION OR DRUG OR ALCOHOL DEPENDENCY, IT WILL INCLUDE TESTING FOR THE DETECTION OF SUBSTANCE USE OR ABUSE. THE DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL UNDERGO A MENTAL HEALTH ASSESSMENT APPROVED BY THE U.S. PROBATION OFFICE, AND SHALL SUBMIT TO ANY RECOMMENDED TREATMENT AS A RESULT OF THAT ASSESSMENT. THE DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

8. DEFENDANT SHALL OBTAIN AND MAINTAIN GAINFUL EMPLOYMENT.

9. DEFENDANT SHALL MAKE ARRANGEMENTS TO PAY CREDITORS OUTLINED IN HER PRESENTENCE REPORT.

10. DEFENDANT SHALL NOT INCUR ANY NEW CREDIT CHARGES OR OPEN ADDITIONAL LINES OF CREDIT WITHOUT APPROVAL OF THE U.S. PROBATION OFFICE.

11. DEFENDANT SHALL PROVIDE THE U.S. PROBATION OFFICE ACCESS TO ANY REQUESTED FINANCIAL INFORMATION.

12. DEFENDANT SHALL ALLOW THE U.S. PROBATION OFFICE ACCESS TO FULL MEDICAL HISTORY INFORMATION.

13. DEFENDANT SHALL NOTIFY THE U.S. PROBATION OFFICE WITHIN 72 HOURS OF OBTAINING PRESCRIPTION MEDICATION AND ALLOW FOR VERIFICATION OF LEGITIMACY OF SUCH MEDICATIONS WITH ALL PRESCRIBING PHYSICIANS.

14. DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE UNDER DIRECTION OF THE U.S. PROBATION OFFICE.

DEFENDANT: TORRES, EVANGELINE M.
CASE NUMBER: CR-02-00080

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ -0- | $ 5,001.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| COMMUNITY FIRST GUAM FEDERAL CREDIT UNION, ATTN: Branch Operations Mgr. 238 Archbishop Flores St. Suite 102 Hagatna, GU 96932 | $3,001.00 | $3,001.00 | 100% |
| GOVERNMENT OF GUAM EMPLOYEES FEDERAL CREDIT UNION P.O. Box 2833 Hagatna, GU 96932 | $2,000.00 | $2,000.00 | 100% |
| TOTALS | $ 5,001.00 | $ 5,001.00 | |

☐ If applicable, restitution amount ordered pursuant to plea _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for the  ☐ fine and/or  ☐ restitution.

  ☐ the interest requirement for the  ☐ fine and/or  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:     TORRES, EVANGELINE M.  
CASE NUMBER:     CR-02-00080

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**    X    Lump sum payment of $ _5,101.00_ due immediately, balance due

       ☐ not later than _____ , or  
       ☐ in accordance with   ☐ C,   ☐ D, or   ☐ E below; or

**B**    ☐    Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ E below); or

**C**    ☐    Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**    ☐    Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**       Special instructions regarding the payment of criminal monetary penalties:  
DURING HER IMPRISONMENT TERM, THE DEFENDANT SHALL PAY RESTITUTION IN THE AMOUNT OF $5,001.00. IF THE DEFENDANT IS UNABLE TO MAKE PAYMENT DURING HER IMPRISONMENT TERM, THE DEFENDANT SHALL MAKE PAYMENTS DURING HER SUPERVISED RELEASE TERM, AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties

☐    Joint and Several

     Defendant Name, Case Number, and Joint and Several Amount:

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

# District Court of Guam
# Fees Report

Date Range: 01/01/2003 - 08/08/2007                                         Case: CR-02-00080
             Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 05/16/2003 | 0022381 | Torres, Evangeline M. | CR-02-00080: CR-02-00080<br>USA vs EVANGELINE M. TORRES<br>Assessments/Fines<br>    Assessments/Fines | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00  S/A |
| 08/01/2003 | 0022805 | MENDIOLA, ALBERTA | CR-02-00080: CR-02-00080<br>Re: USA vs Evangeline M. Torres<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 09/10/2003 | 0023016 | Torres, Evangeline M. | CR-02-00080: CR-02-00080<br>USA vs EVANGELINE M. TORRES<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 10/08/2003 | 0023177 | Torres, Evangeline M. | CR-02-00080: CR-02-00080<br>Re: USA vs Evangeline M. Torres<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 03/02/2004 | 0023962 | Torres, Evangeline M. | CR-02-00080: CR-02-00080<br>USA vs EVANGELINE M. TORRES<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |

400 –
8/8/2007 12:05 pm                                                           Page 1 of 8



B

# District Court of Guam
# Fees Report

Date Range: 01/01/2003 - 08/08/2007                                               Case: CR-02-00080
       Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 03/02/2004 | 0023963 | Torres, Evangeline M. | | | |
| | | | CR-02-00080: CR-02-00080<br>USA vs EVANGELINE M. TORRES<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 05/03/2004 | 0024394 | Torres, Evangeline M. | | | |
| | | | CR-02-00080: CR-02-00080<br>USA vs EVANGELINE M. TORRES<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 07/02/2004 | 0024742 | Torres, Evangeline M. | | | |
| | | | CR-02-00080: CR-02-00080<br>USA vs EVANGELINE M. TORRES<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 09/03/2004 | 0025086 | Torres, Evangeline M. | | | |
| | | | CR-02-00080: CR-02-00080<br>USA vs EVANGELINE M. TORRES<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 11/05/2004 | 0025408 | Torres, Evangeline M. | | | |
| | | | CR-02-00080: CR-02-00080<br>USA vs EVANGELINE M. TORRES<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |

# District Court of Guam
# Fees Report

Date Range: 01/01/2003 - 08/08/2007  
Case: CR-02-00080  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 01/04/2005 | 0025688 | Torres, Evangeline M. | CR-02-00080: CR-02-00080<br>USA vs EVANGELINE M. TORRES<br>Restitution | |
| | | | Restitution | $ 100.00 |
| | | | Payment Type(s)<br>Cash | $ 100.00 |
| 02/04/2005 | 0025862 | Torres, Evangeline M. | CR-02-00080: CR-02-00080<br>USA vs EVANGELINE M. TORRES<br>Restitution | |
| | | | Restitution | $ 100.00 |
| | | | Payment Type(s)<br>Cash | $ 100.00 |
| 04/05/2005 | 0026183 | Torres, Evangeline M. | CR-02-00080: CR-02-00080<br>USA vs EVANGELINE M. TORRES<br>Restitution | |
| | | | Restitution | $ 100.00 |
| | | | Payment Type(s)<br>Cash | $ 100.00 |
| 06/06/2005 | 0026522 | Torres, Evangeline M. | CR-02-00080: CR-02-00080<br>USA vs EVANGELINE M. TORRES<br>Restitution | |
| | | | Restitution | $ 100.00 |
| | | | Payment Type(s)<br>Cash | $ 100.00 |
| 07/01/2005 | 0026668 | Torres, Evangeline M. | CR-02-00080: CR-02-00080<br>USA vs EVANGELINE M. TORRES<br>Restitution | |
| | | | Restitution | $ 100.00 |
| | | | Payment Type(s)<br>Cash | $ 100.00 |

8/8/2007 12:05 pm  
Page 3 of 8

Case 1:02-cr-00080  Document 42  Filed 08/09/2007  Page 11 of 16

# District Court of Guam
# Fees Report

Date Range: 01/01/2003 - 08/08/2007　　　　　　　　　　　　　　　　Case: CR-02-00080
　　　Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 07/20/2005 | 0026791 | TORRES, EVANGELINE M. | | | |
| | | | CR-02-00080: CR-02-00080 USA vs EVANGELINE M. TORRES Restitution Check Info: 101-501/1214 #023221 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Check | $ | 100.00 |
| 08/04/2005 | 0026873 | TORRES, EVANGELINE M. | | | |
| | | | CR-02-00080: CR-02-00080 USA vs EVANGELINE M. TORRES Restitution Check Info: 101-501/1214 #023444 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Check | $ | 100.00 |
| 08/18/2005 | 0026947 | TORRES, EVANGELINE M. | | | |
| | | | CR-02-00080: CR-02-00080 USA vs EVANGELINE M. TORRES Restitution Check Info: 101-501/1214 #023697 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Check | $ | 100.00 |
| 09/02/2005 | 0027024 | TORRES, EVANGELINE M. | | | |
| | | | CR-02-00080: CR-02-00080 USA vs EVANGELINE M. TORRES Restitution Check Info: 101-501/1214 #023926 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Check | $ | 100.00 |
| 09/14/2005 | 0027082 | TORRES, EVANGELINE M. | | | |
| | | | CR-02-00080: CR-02-00080 USA vs EVANGELINE M. TORRES Restitution Check Info: 101-501/1214 #024230 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Check | $ | 100.00 |

# District Court of Guam
# Fees Report

Date Range: 01/01/2003 - 08/08/2007  Case: CR-02-00080
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 09/29/2005 | 0027163 | TORRES, EVANGELINE M. | | | |
| | | | CR-02-00080: CR-02-00080 USA vs EVANGELINE M. TORRES Restitution Check Info: 101-501/1214 #024528 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Check | $ | 100.00 |
| 10/14/2005 | 0027362 | TORRES, EVANGELINE M. | | | |
| | | | CR-02-00080: CR-02-00080 USA vs EVANGELINE M. TORRES Restitution Check Info: 101-501/1214 #024871 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Check | $ | 100.00 |
| 10/27/2005 | 0027423 | Advance Management, Inc. | | | |
| | | | CR-02-00080: CR-02-00080 USA VS. EVANGELINE M. TORRES Restitution Check Info: 101-501/1214 #025170 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Check | $ | 100.00 |
| 11/10/2005 | 0027513 | Advance Management, Inc. | | | |
| | | | CR-02-00080: USA v. Torres Party: TORRES, EVANGELINE M. | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Check #025526 101-501/1214 | $ | 100.00 |
| 11/25/2005 | 0027597 | TORRES, EVANGELINE M. | | | |
| | | | CR-02-00080: USA v. Torres Party: TORRES, EVANGELINE M. | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Check #025799 101-501/1214 | $ | 100.00 |

# District Court of Guam
# Fees Report

Date Range: 01/01/2003 - 08/08/2007  Case: CR-02-00080
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 12/12/2005 | 0027700 | Advance Management, Inc. | CR-02-00080: USA v. Torres<br>Party: TORRES, EVANGELINE M.<br>Restitution | $ 100.00 |
| | | | Payment Type(s)<br>Check #026115 101-501/1214 | $ 100.00 |
| 03/03/2006 | 0028210 | TORRES, EVANGELINE M. | CR-02-00080: USA v. Torres<br>Party: TORRES, EVANGELINE M.<br>Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 04/04/2006 | 0028383 | Torres, Evangeline M. | CR-02-00080: USA v. Torres<br>Party: TORRES, EVANGELINE M.<br>Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 05/05/2006 | 0028526 | Torres, Evangeline M. | CR-02-00080: USA v. Torres<br>Party: TORRES, EVANGELINE M.<br>Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 06/05/2006 | 0028674 | TORRES, EVANGELINE M. | CR-02-00080: USA v. Torres<br>Party: TORRES, EVANGELINE M.<br>Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 07/05/2006 | 0028890 | Torres, Evangeline M. | CR-02-00080: USA v. Torres<br>Party: TORRES, EVANGELINE M.<br>Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |

# District Court of Guam
# Fees Report

Date Range: 01/01/2003 - 08/08/2007            Case: CR-02-00080
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 09/07/2006 | 0029850 | Torres, Evangeline Mae | CR-02-00080: USA v. Torres<br>Party: Torres, Evangeline Mae<br>Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 11/01/2006 | 0030314 | Torres, Evangeline M. | CR-02-00080: USA v. Torres<br>Party: TORRES, EVANGELINE M.<br>Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 02/06/2007 | 0030939 | Torres, Evangeline M. | CR-02-00080: USA v. Torres<br>Party: TORRES, EVANGELINE M.<br>Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 03/06/2007 | 0031083 | Torres, Evangeline M. | CR-02-00080: USA v. Torres<br>Party: TORRES, EVANGELINE M.<br>Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 04/05/2007 | 0031258 | Torres, Evangeline M. | CR-02-00080: USA v. Torres<br>Party: TORRES, EVANGELINE M.<br>Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 05/03/2007 | 0031408 | Torres, Evangeline M. | CR-02-00080: USA v. Torres<br>Party: TORRES, EVANGELINE M.<br>Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |

# District Court of Guam
# Fees Report

Date Range: 01/01/2003 - 08/08/2007                                Case: CR-02-00080
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 06/06/2007 | 0031602 | Torres, Evangeline M. | CR-02-00080: USA v. Torres<br>Party: Torres, Evangeline M.<br>Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 07/05/2007 | 0031778 | Torres, Evangeline M. | CR-02-00080: USA v. Torres<br>Party: Torres, Evangeline M.<br>Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 08/01/2007 | 0032151 | Torres, Evangeline M. | CR-02-00080: USA v. Torres<br>Party: Torres, Evangeline M.<br>Restitution | $ 114.42 |
| | | | Payment Type(s)<br>Cash | $ 114.42 |