**TORRES_E.ord**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EVANGELINE M. TORRES, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 02-00080 <br><br> **O R D E R** <br><br> Re: United States Petition to Transfer Payments from the Restitution Fund to the Penalty Fund (Deposit Fund 109900) |

Based upon the Plaintiff's Petition to Transfer Payments from the Restitution Fund to the Penalty Fund (Deposit Fund 109900), the Court hereby orders the amount of $70.00 shall be transferred from the Restitution Fund to the Penalty Fund (Deposit Fund 109900) and applied as payment of the penalty imposed in this case against defendant.

**IT IS SO ORDERED**.

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Aug 10, 2007**