# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00080-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| EVANGELINE M. TORRES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 16, 2003, Evangeline M. Torres was sentenced by the Honorable John S. Unpingco, Chief Judge for the District Court of Guam, for False Statement in a Loan Application, in violation of 18 U.S.C. § 1014. She was ordered to serve three weeks imprisonment followed by five years supervised release to include conditions that she participate in drug treatment and testing, undergo a mental health assessment and submit to any recommended treatment, refrain from the use of alcohol, perform 200 hours of community service, obtain and maintain lawful employment, pay creditors outlined in the presentence report, not incur any new charges or open lines of credit without approval from the probation office, provide access to any requested financial information, allow access to full medical history information, notify the probation office within 72 hours of obtaining prescription medication, pay $5001.00 restitution, and pay a $100 special assessment fee. Conditions of Supervised Release were modified September 25, 2003 to add a condition that Ms. Torres complete 100 hours of community service in addition to the 200 hours originally ordered at sentencing.

On August 31, 2007, Ms. Torres submitted a travel request form to the U.S. Probation Office for consideration to undergo a medical check-up. She will be traveling with her significant other. Requested travel dates are for October 4, 2007 to October 19, 2007.

Ms. Torres' adjustment under supervision has been positive. Specifically, she paid the $100 special assessment fee on May 16, 2003 and the $5001.00 restitution order on August 1, 2007. Ms. Torres successfully completed the drug treatment and testing

Request for Travel
Re: TORRES, Evangeline M.
Criminal Case No. 02-00080-001
September 21, 2007
Page 2

program on January 1, 2005. Random drug testing to date have been negative. She also satisfied the mental health treatment condition on February 6, 2004. Ms. Torres completed the original 200 hour community service order on May 19, 2004. Additionally, she completed an additional 100 hours on June 17, 2004 as modified on September 25, 2003. Ms. Torres maintains employment with Titan Realty as an Office Manager and with Discover Guam as an Information Center Staff member.

    In light of Ms. Torres' progress under supervision as well as medical needs, this Officer supports the request to travel and seeks Court approval.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By: 
/s/ ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: File

| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Evangeline M. Torres**
Criminal Case No. 02-00080-001
SSN: XX-XXX-0179
DOB: XX-XX-1961
HT: 5'0" / WT: 135 lbs.



DATE **September 21, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO: **Republic of the Philippines**

FROM **October 4, 2007** AND RETURNING **October 19, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical check up for self and spouse.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Immediately report any change in your travel plans to the U.S. Probation Office.**

2. **Report to the U.S. Probation Office within 72 hours of your arrival on Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

☐ **Approved**    ☐ **Disapproved**

NAME:
ADDRESS