| | | |
|---|---|---|
| PROB 37<br>(3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |

**Evangeline M. Torres** 
Criminal Case No. 02-00080-001
SSN: XX-XXX-0179
DOB: XX-XX-1961
HT: 5'0" / WT: 135 lbs.

DATE **September 21, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO: **Republic of the Philippines**

FROM **October 4, 2007** AND RETURNING **October 19, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical check up for self and spouse.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Immediately report any change in your travel plans to the U.S. Probation Office.**

2. **Report to the U.S. Probation Office within 72 hours of your arrival on Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

NAME:        [x] **Approved**    [ ] **Disapproved**
ADDRESS

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 21, 2007**